ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY GROUP LLC, | Case No. C10-00640 WHA |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| vs. | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, THE TRAVELERS COMPANIES, INC., and DOES 1-100, inclusive, | |
| Defendants. | |

THE COURT, having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: April 23, 2010



_____
Hon. William H. Alsup
United States District Judge

IT IS SO ORDERED

789907.1 2985.615